IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                  )<br>                                        )<br>     vs.                                )<br>                                        )<br>ALEXX FRITSEN,                          )<br>                                        )<br>            Defendant.                  ) | Case No.  8:11CR419<br><br><br>ORDER |

    This matter is before the court on the defendant's Motion to Review Pretrial Release and to Order Pretrial Services to Conduct Investigation (#25).  The defendant, Alexx Fritsen, moves the court for an order modifying his conditions of release by allowing him to leave Bristol Station for placement with a third-party custodian.  After reviewing the court's February 2, 2012 Order Setting Conditions of Release (#21), and the March 28, 2012 report of Pretrial Services, I find the motion should be denied without hearing.

    The report of Fred Samway, Pretrial Services Officer, notes that the defendant has completed only half of an eight-week program and, while not in serious violation of the rules of Bristol Station, has not been fully compliant.  A review of all of the facts in this case leads me to conclude that the motion should be denied at this time, without prejudice to it being raised after the defendant's successful completion of the Bristol Station program.

    **IT IS ORDERED:** Defendant's Motion to Review Pretrial Release and to Order Pretrial Services to Conduct Investigation (#25) is denied without hearing, without prejudice to it being raised at a later time.

    Dated this 28th day of March 2012.

                                            BY THE COURT:

                                            S/ F.A. Gossett, III
                                            United States Magistrate Judge